IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RAYMOND DESIGN GROUP, | ) | Case No. 05 B 17313 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on May 2, 2005. Charles J. Myler was appointed Trustee on May 2, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of July 31, 2007 is as follows:

1

a. RECEIPTS (See Exhibit C)   $21,485.38

b. DISBURSEMENTS (See Exhibit C)   $200.00

c. NET CASH available for distribution   $21,285.38

d. TRUSTEE/PROFESSIONAL COSTS:

 1. Trustee compensation requested   $2,898.54
    (See Exhibit E)
 2. Trustee Expenses (See Exhibit E)   $24.89
 3. Compensation requested by
    attorney or other professionals
    for trustee (See Exhibit F)   $13,385.00

5. The Bar Date for filing unsecured claims expired on September 7, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims   $0.00

b. Chapter 7 administrative and
   28 U.S.C. §1930 claims   $16,308.43**

c. Allowed Chapter 11 administrative
   claims   $0.00

d. Allowed priority claims   $446,058.97

e. Allowed unsecured claims   $210,882.51

** **Trustee counsel notes that their fees according to the time expended, as itemized on Exhibit A-1, amount to $16,070.00. In order for the two priority creditors to receive even a minimum distribution, counsel voluntarily reduces their fees by $5,000.00 to $11,070.00.**

7. Trustee proposes that unsecured creditors receive a distribution of 0% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation

requested but not yet allowed is $13,385.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $13,409.89. (See Exhibit G).

9. A fee of $3,500.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: August 28, 2006

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

This case involved a company which performed design functions for clients throughout the United States. The trustee first transferred existing funds into a trustee account and later negotiated settlement regarding computers which were stored and damaged. The remainder of the case involved investigation and pursuit of claims against former company employees who were accused by debtor principals of converting debtor concepts and assets. Trustee prepared and obtained court orders to produce documentation culminating in Sec. 2004 examinations of several individuals. On the basis of the depositions taken and the documents produced, it was determined that it was not worth the effort to file suit. The trustee answered various questions of creditors and performed all functions, including check claims, necessary to close the estate.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-17313 5
**Case Name:** RAYMOND DESIGN GROUP, INC.

**Trustee:** (330510) CHARLES J. MYLER
**Filed (f) or Converted (c):** 05/02/05 (f)
**§341(a) Meeting Date:** 06/06/05
**Claims Bar Date:** 09/07/05

**Period Ending:** 07/31/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account | 13,000.00 | 13,000.00 | | 11,200.00 | FA |
| 2 | Office equipment | 2,000.00 | 0.00 | DA | 10,000.00 | FA |
| 3 | Accounts receivable | Unknown | 0.00 | | 0.00 | FA |
| 4 | error | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 285.38 | Unknown |
| 5 | Assets  Totals (Excluding unknown values) | $15,000.00 | $13,000.00 | | $21,485.38 | $0.00 |

**Major Activities Affecting Case Closing:**
Trustee has filed final tax returns and will file final report

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** April 30, 2007 (Actual)


EXHIBIT B

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-17313 5
**Case Name:** RAYMOND DESIGN GROUP, INC.

**Taxpayer ID #:** 36-4062118
**Period Ending:** 07/31/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****51-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/05 | {1} | Raymond Design Group, Inc. | Balance of checking account | 1129-000 | 11,200.00 | | 11,200.00 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.86 | | 11,200.86 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.88 | | 11,204.74 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.28 | | 11,209.02 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.41 | | 11,213.43 |
| 10/20/05 | {2} | UHI Claims Acct. | Insurance settlement on office equipment lost in flood | 1129-000 | 10,000.00 | | 21,213.43 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.06 | | 21,219.49 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.59 | | 21,229.08 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.62 | | 21,239.70 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.96 | | 21,251.66 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.41 | | 21,263.07 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.64 | | 21,275.71 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.47 | | 21,289.18 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.47 | | 21,303.65 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.01 | | 21,317.66 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.49 | | 21,332.15 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.50 | | 21,346.65 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.56 | | 21,360.21 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.97 | | 21,375.18 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.04 | | 21,389.22 |
| 12/26/06 | 1001 | CJ Reporting | Deposition of Mark Andersen on 12/19/06, Inv. 787 | 2990-000 | | 120.00 | 21,269.22 |
| 12/26/06 | 1002 | CJ Reporting | Deposition of Mark Alper taken on 12/18/06, Inv. 789 | 2990-000 | | 80.00 | 21,189.22 |
| | | | Subtotals : | | $21,389.22 | $200.00 | |

{ } Asset reference(s)

EXHIBIT C

Printed: 08/28/2007 02:56 PM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-17313 5
**Case Name:** RAYMOND DESIGN GROUP, INC.

**Taxpayer ID #:** 36-4062118
**Period Ending:** 07/31/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****51-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.59 | | 21,202.81 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.16 | | 21,216.97 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.57 | | 21,227.54 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.33 | | 21,238.87 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.71 | | 21,250.58 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.72 | | 21,262.30 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.97 | | 21,273.27 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.11 | | 21,285.38 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 21,485.38 | 200.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 21,485.38 | 200.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $21,485.38 | $200.00 |

$21,285.38

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-17313 5
**Case Name:** RAYMOND DESIGN GROUP, INC.
**Taxpayer ID #:** 36-4062118
**Period Ending:** 07/31/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****51-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****51-65 | 21,485.38 | 200.00 | 21,285.38 |
| | $21,485.38 | $200.00 | $21,285.38 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| RAYMOND DESIGN GROUP, ) | Case No. 05 B 1731342557 |
| ) | |
| Debtor. ) | Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $16,308.43 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $4,976.95 |
| General Unsecured Claims: | $0.00 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:    $21,285.38

EXHIBIT D

**DISTRIBUTION REPORT**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $21,308.43 | 76.61 |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $2,898.54 | $2,898.54 |
| Charles J. Myler, Expenses | 24.89 | 24.89 |
| Myler, Ruddy & McTavish | 16,070.00 | 11,070.00** |
| Donald A. Benning | 2,315.00 | 2,315.00 |

**Trustee counsel voluntarily reduces their fees by $5,000.00

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Tax claims excluding fines and penalties | $446,058.97 | 1.1156 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 2. IL Dept. Of Employment Security | $9,758.24 | $108.89 |
| 3. IRS | $436,300.73 | $4,868.06 |
| | TOTAL | FINAL |

7

| 10. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $210,722.51 | 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 1. Federal Express Corp. | $742.40 | $0.00 |
| 2. IL Dept of Employment Security | $160.00 | $0.00 |
| 3. MCOM, Inc. | $82,125.00 | $0.00 |
| 4. CL Financial | $35,854.50 | $0.00 |
| 7. IRS | $92,000.61 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 5 | CL Financial | $35,854.50 | Duplicate of #4 and late filed |
| Unsecured | 6 | IRS | $0.00 | No claim amount indicated |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: August 28, 2007

Charles J. Myler, Trustee, ARDC# 2008602

9