UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RAYMOND DESIGN GROUP, | ) | Case No. 05 B 17313 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

    On: **November 1, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                              $21,485.38

    Disbursements                         $200.00

    Net Cash Available for Distribution   $21,285.38

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $2,898.54 | $24.89 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $11,070.00 | $ 0.00 |
| Donald A. Benning, Accountant | $0.00 | $2,315.00 | $2,315.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $446,058.97 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $1.1156%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | IL Dept. of Employment Security | $9,758.24 | $108.89 |
| 3. | IRS | $436,300.73 | $4,868.06 |

7. Claims of general unsecured creditors totaling $210,882.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Federal Express Corp. | $742.40 | $0.00 |
| 2. | IL Dept of Employment Security | $160.00 | $0.00 |
| 3. | MCOM, Inc. | $82,125.00 | $0.00 |
| 4. | CL Financial | $35,854.50 | $0.00 |
| 7. | IRS | $92,000.61 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **October 9, 2007**                                                                      For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee:    Charles J. Myler, ARDC#2008602
Address:    105 E. Galena Blvd., 8th Floor
            Aurora, IL 60505
Phone:      630-897-8475
Fax:        630-897-8076

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1                  Date Rcvd: Oct 09, 2007
Case: 05-17313                    Form ID: pdf002              Total Served: 29

The following entities were served by first class mail on Oct 11, 2007.
db          +Raymond Design Group,   116 S River St,   Batavia, IL 60510-2636
aty         +James A Young,   James A Young & Associates, Ltd.,   47 DuPage Court,   Elgin, IL 60120-6421
tr          +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
9296611    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,   P.O Box 166469,   Irving, TX 75016-6469)
9296602     American Express Co.,   c/o James A. West, P.C.,   11111 Harwin Drive,   Houston, TX 77072-1612
9296603    +American Express Co.,   c/o United Recovery Systems,   5800 N. Course Drive,
              Houston, TX 77072-1613
9296604    +Berkson & Sons,   333 Skokie Blvd.,   Suite 111,   Northbrook, IL 60062-1697
9789788    +C.L. Financial,   490 Coventry Ln, Suite 200,   Crystal Lake IL 60014-7548
9296606    +Citibank,   500 W. Madison St.,   5th Floor,   Chicago, IL 60661-4547
9296605    +Citibank,   c/o Hermanek & Gara, P.C,   417 S. Dearborn St., Suite 1000,   Chicago, IL 60605-1124
9296607    +D&B Receivable Management Services,   4836 Brecksville Road,   P.O Box 539,
              Richfield, OH 44286-0539
9296608    +Failsafe Media Company,   c/o Teller, Levit & Silvertrust, PC,   11 E. Adams St.,
              Chicago, IL 60603-6301
9296609    +Federal Express,   c/o North Shore Agency, Inc.,   751 Summa Avenue,   Westbury, NY 11590-5010
9335510    +Federal Express Corporation,   ATTN Revenue Recovery/Bankruptcy,   2005 Corporate Avenue 2nd FL,
              Memphis, TN 38132-1796
9296610    +Home Depot,   Processing Center,   Des Moines, IA 50364-0001
9296612     IL Dept. of Employment Security,   Account Analysis,   33 S. State St., 10th Floor,
              Chicago, IL 60603-2802
9296613    +IL Dept. of Revenue,   Bankruptcy Section,   100 W. Randolph, Suite 7-425,
              Chicago, IL 60601-3218
9296614   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,   Stop 5010 CHI,   230 S. Dearborn St.,   Chicago, IL 60604)
9296617    +Lake County Press, Inc.,   98 Noll Street,   Waukegan, IL 60085-3031
9296616    +Lake County Press, Inc.,   c/o Kovitz, Shifrin, Nesbit,   750 Lake Cook Rd., Suite 350,
              Buffalo Grove, IL 60089-2088
9296620    +MCOM,   c/o Gardner Carton & Douglas,   191 N. Wacker Dr., Suite 3700,   Chicago, IL 60606-1615
9296621    +MCOM, Inc.,   716 Ringland Rd.,   Riverwoods, IL 60015-3739
9296619    +Mark Andersen,   1509 Howard st.,   Saint Charles, IL 60174-3618
9296622    +NCO Financial Systems,   P.O Box 41417,   Dept. 61,   Philadelphia, PA 19101-1417
9296623    +Rachel E. Grimm,   511 Wood Creek Drive,   Island Lake, IL 60042-9657
9296624    +Sam's Club,   P.O Box 105980,   Atlanta, GA 30353-5980
9296625    +Sprint PCS,   c/o NCO Financial Systems, Inc.,   3850 N. Causeway Blvd., Suite 200,
              Metairie, LA 70002-7227
9296626    +State of Illinois,   Dept. of Labor,   160 N. LaSalle St., Suite C-1300,   Chicago, IL 60601-3114
9296627    +United Recovery Systems,   5800 North Course Drive,   Houston, TX 77072-1613

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9296618      Lake County Press, Inc.,   98 Noll Stree
9296615*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,   Stop 5010 CHI,   230 S. Dearborn St.,   Chicago, IL 60604)
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 11, 2007**                                **Signature:**    *Joseph Speetjens*