UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RAYMOND DESIGN GROUP, | ) | No. 05 B 17313 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

Trustee's Distribution Report is attached as Exhibit "B".

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: January 9, 2008                         TRUSTEE

                                              /s/ Charles J. Myler
                                              Charles J. Myler

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RAYMOND DESIGN GROUP, | ) | No. 05 B 17313 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | | $2,898.54 |
| 2. | Trustee's expenses | | 24.89 |
| | | TOTAL | $2,923.43 |

IT IS FURTHER ORDERED that the request for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorneys for the Trustee | | |
| | a. Compensation | | $11,070.00 |
| | b. Expenses | | 0.00 |
| 2. | Accountants for the Trustee | | |
| | a. Compensation | | 2,315.00 |
| | b. Expenses | | 0.00 |
| 3. | Other professional | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| | | TOTAL | $13,385.00 |

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED THIS _____ DAY OF __NOV - 1 2007_____, 2007.

ENTERED: _John H Squires_
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT**

**A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
) Case No. 05 B 17313
RAYMOND DESIGN GROUP, )
) Judge Manuel Barbosa
Debtor. )

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $16,308.43 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $5,013.32 |
| General Unsecured Claims: | $0.00 |
| Other: | $0.00 |

**TOTAL AMOUNT TO BE DISTRIBUTED:** $21,321.75

EXHIBIT D

EXHIBIT B

DISTRIBUTION REPORT

### 1. TYPE OF CLAIMS
§726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6))

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Charles J. Myler, Trustee | $2,898.54 | $2,898.54 |
| | Charles J. Myler, Expenses | 24.89 | 24.89 |
| | Myler, Ruddy & McTavish | 16,070.00 | 11,070.00** |
| | Donald A. Benning | 2,315.00 | 2,315.00 |

TOTAL AMOUNT OF CLAIMS: $21,308.43
FINAL DIVIDEND%: 76.61

** Trustee counsel voluntarily reduces their fees by $5,000.00

### 2. TYPE OF CLAIMS
§726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses)

TOTAL AMOUNT OF CLAIMS: $0.00
FINAL DIVIDEND %:

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | $ |

### 3. TYPE OF CLAIMS
§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)

TOTAL AMOUNT OF CLAIMS: $0.00
FINAL DIVIDEND %:

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | $ |

### 4. TYPE OF CLAIMS
§507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings)

TOTAL AMOUNT OF CLAIMS: $0.00
FINAL DIVIDEND %:

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | $ |

TOTAL | FINAL

| 5. TYPE OF CLAIMS<br>§507(a)(4) - Contributions to Employee Benefit Plans | AMOUNT OF CLAIMS<br>$0.00 | DIVIDEND % |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |

| 6. TYPE OF CLAIMS<br>§507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |

| 7. TYPE OF CLAIMS<br>§507(a)(6) - Deposits by consumers to the extent of $900 | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |

| 8. TYPE OF CLAIMS<br>§724(b) - Tax Liens | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM<br>$ | AMOUNT OF DIVIDEND<br>$ |

| 9. TYPE OF CLAIMS<br>§507(a)(7) - Tax claims excluding fines and penalties | TOTAL AMOUNT OF CLAIMS<br>$446,058.97 | FINAL DIVIDEND %<br>1.124 |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 2. IL Dept. of Employment Security | $9,758.24 | $109.67 |
| 3. IRS | $436,300.73 | $4,903.65 |

| 10. TYPE OF CLAIMS<br>§507(a)(8) - Capital Commitments to FDIC, et al. | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS** §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | TOTAL AMOUNT OF CLAIMS $210,722.51 | FINAL DIVIDEND % 0 |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 1. Federal Express Corp. | $742.40 | $0.00 |
| 2. IL Dept of Employment Security | $160.00 | $0.00 |
| 3. MCOM, Inc. | $82,125.00 | $0.00 |
| 4. CL Financial | $35,854.50 | $0.00 |
| 7. IRS | $92,000.61 | $0.00 |
| **12. TYPE OF CLAIMS** §726(a)(3) - Late unsecured claims. | TOTAL AMOUNT OF CLAIMS $0 | FINAL DIVIDEND % 0 |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| **13. TYPE OF CLAIMS** §726(a)(4) - Fines/penalties | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **14. TYPE OF CLAIMS** §726(a)(5) - Interest (____% from date of filing to anticipated date of distribution | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **15. TYPE OF CLAIMS** §726(a)(6) - Surplus to Debtor | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 5 | CL Financial | $35,854.50 | Duplicate of #4 and late filed |
| Unsecured | 6 | IRS | $0.00 | No claim amount indicated |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 5, 2007

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-17313 5 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | RAYMOND DESIGN GROUP, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***_*****51-65 – Money Market Account |
| Taxpayer ID #: | 36-4062118 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/22/05 | {1} | Raymond Design Group, Inc. | Balance of checking account | 1129-000 | 11,200.00 | | 11,200.00 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.86 | | 11,200.86 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.88 | | 11,204.74 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.28 | | 11,209.02 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.41 | | 11,213.43 |
| 10/20/05 | {2} | UHI Claims Acct. | Insurance settlement on office equipment lost in flood | 1129-000 | 10,000.00 | | 21,213.43 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.06 | | 21,219.49 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.59 | | 21,229.08 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.62 | | 21,239.70 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.96 | | 21,251.66 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.41 | | 21,263.07 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.64 | | 21,275.71 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.47 | | 21,289.18 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.47 | | 21,303.65 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.01 | | 21,317.66 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.49 | | 21,332.15 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.50 | | 21,346.65 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.56 | | 21,360.21 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.97 | | 21,375.18 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.04 | | 21,389.22 |
| 12/26/06 | 1001 | CJ Reporting | Deposition of Mark Andersen on 12/19/06, Inv. 787 | 2990-000 | | 120.00 | 21,269.22 |
| 12/26/06 | 1002 | CJ Reporting | Deposition of Mark Alper taken on 12/18/06, Inv. 789 | 2990-000 | | 80.00 | 21,189.22 |
| | | | | Subtotals : | $21,389.22 | $200.00 | |

{} Asset reference(s)                                         Printed: 01/09/2008 12:07 PM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 05-17313 5
Case Name: RAYMOND DESIGN GROUP, INC.
Taxpayer ID #: 36-4062118
Period Ending: 12/31/07

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***_*****51-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.59 | | 21,202.81 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.16 | | 21,216.97 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.57 | | 21,227.54 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.33 | | 21,238.87 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.71 | | 21,250.58 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.72 | | 21,262.30 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.97 | | 21,273.27 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.11 | | 21,285.38 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.74 | | 21,297.12 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.61 | | 21,307.73 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.51 | | 21,320.24 |
| 11/05/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.51 | | 21,321.75 |
| 11/05/07 | | To Account #*******5166 | Transfer to Checking | 9999-000 | | 21,321.75 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 21,521.75 | 21,521.75 | $0.00 |
| Less: Bank Transfers | 0.00 | 21,321.75 | |
| Subtotal | 21,521.75 | 200.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $21,521.75 | $200.00 | |

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-17313 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | RAYMOND DESIGN GROUP, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ****-*****51-66 - Checking Account |
| Taxpayer ID #: | 36-4062118 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/05/07 | | From Account #*********5165 | Transfer to Checking | 9999-000 | 21,321.75 | | 21,321.75 |
| 11/26/07 | 101 | CHARLES J. MYLER | | 2100-000 | | 2,898.54 | 18,423.21 |
| 11/26/07 | 102 | Charles J. Myler | | 2200-000 | | 24.89 | 18,398.32 |
| 11/26/07 | 103 | Myler, Ruddy & McTavish | | 3110-000 | | 11,070.00 | 7,328.32 |
| 11/26/07 | 104 | Donald A. Benning | | 3410-000 | | 2,315.00 | 5,013.32 |
| 11/26/07 | 105 | IL Dept. of Employment Security | Acct. #4101689 | 5800-000 | | 109.67 | 4,903.65 |
| 11/26/07 | 106 | IRS | FEIN 36-4062118 | 5800-000 | | 4,903.65 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | | 21,321.75 | 21,321.75 |
| Less: Bank Transfers | | | 21,321.75 | 0.00 |
| Subtotal | | | 0.00 | 21,321.75 |
| Less: Payments to Debtors | | | | 0.00 |
| NET Receipts / Disbursements | | | $0.00 | $21,321.75 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-17313 5
**Case Name:** RAYMOND DESIGN GROUP, INC.

**Taxpayer ID #:** 36-4062118
**Period Ending:** 12/31/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****51-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MM/A # ***_*****51-65 | 21,521.75 | 200.00 | 0.00 |
| Checking # ***_*****51-66 | 0.00 | 21,321.75 | 0.00 |
| | $21,521.75 | $21,521.75 | $0.00 |